UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. MJ18-099 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JASON WILLIAM SADLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offenses charged</u>:

1. Felon in Possession of a Firearm

2. Felon in Possession of Ammunition

<u>Date of Detention Hearing</u>:  May 18, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has an extremely lengthy criminal record that includes failures to appear, criminal activity while under both federal and state supervision, including driving under the influence of methamphetamine and hit and run, all while under federal supervision. Defendant was further found in violation of his federal supervision for failure to report to his probation officer and failure to report a change in address, as well as numerous drug use violations.

2. Defendant poses a risk of nonappearance based on history of failure to appear, failure to report to his federal probation officer or report a change of address, extensive substance abuse history, and history of eluding law enforcement. Defendant poses a risk of danger based on his pattern of similar conduct involving gun and drug possession, repeated criminal activity while under supervision, substance abuse history, and lack of compliance while under both state and federal supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 18th day of May, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3