The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON WILLIAM SADLER, <br><br> Defendant. | NO. CR21-084 JLR <br><br> **ORDER REGARDING DISPOSITION OF SUPERVISED RELEASE VIOLATIONS** |

On April 28, 2022, Probation alleged four violations related to use of controlled substances, failing to report for drug testing, and ultimately absconding from supervision. The parties and Probation agree that these violations arose from a drug relapse. Since his violations, the defendant has responded to the relapse with renewed efforts at recovery, including enrolling in and successfully completing in-patient drug treatment, regularly attending Narcotics Anonymous (NA) meetings, securing housing in a clean and sober living facility, and obtaining full-time employment where he works approximately 50 hours per week.

//
//

ORDER REGARDING DISPOSITION OF VIOLATIONS - 1
*United States* v. *Sadler* / CR21-084 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In recognition of the defendant's progress, and to avoid interrupting that progress, Probation recommends that the Court take no action on these violations. The government and the defense join in that recommendation. Having considered this joint recommendation and the basis for it, the Court will follow the joint recommendation, take no action on the violations alleged on April 28, 2022, and continue the defendant on his current term of supervised release. All conditions of supervised release previously imposed will remain in effect.

The supervised release hearing scheduled for September 27, 2022 at 1:30 p.m. is hereby STRICKEN.

IT IS SO ORDERED.

Dated this 22nd day of September, 2022.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

*/s Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

*/s Gregory Geist*
GREGORY GEIST
Attorney for Jason Sadler

ORDER REGARDING DISPOSITION OF VIOLATIONS - 2
United States v. Sadler / CR21-084 JLR