UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JASON WILLIAM SADLER,<br><br>                Defendant. | Case No. CR21-84 JLR<br><br>DETENTION ORDER |

Mr. Sadler is charged with six violations of his conditions of supervision. The Court held a detention hearing on December 30, 2022, pursuant to 18 U.S.C. § 3143(a)(1), and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3143(a)(1), as incorporated in Fed. R. Crim. P. 32.1(a)(6).

2. Mr. Sadler does not pose a risk of nonappearance. Mr. Sadler poses a risk of danger to the community based on the allegations that he drove without a license and without an ignition interlock device, as ordered by another court, that resulted in an accident. United States Probation Officer also informed the Court that video

evidence depicted Mr. Sadler driving on the wrong side of the road causing an accident involving five other cars and six children. As a result, Mr. Sadler was charged with at least three crimes by the Kent Police Department. While awaiting his initial appearance on these allegations, Mr. Sadler is alleged to have used controlled substances in violation of his conditions of supervision. Mr. Sadler also failed to appear for his scheduled court hearing.

3. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Sadler will not pose a danger to himself, other persons, or the community.

4. Based on these findings, and for the reasons stated on the record, the Court finds that Mr. Sadler has not provided clear and convincing evidence that he does not pose a danger to the safety of the any other person or the community if released.

IT IS THEREFORE ORDERED:

(1) Mr. Sadler shall be detained pending his evidentiary hearing, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Sadler shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Sadler is confined shall deliver Mr. Sadler to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Sadler, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this <u>30th</u> day of December, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3