THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON W. SADLER,<br><br>Defendant. | Nos. CR23-113-JCC<br>CR21-084-JCC<br><br>(~~PROPOSED~~) ORDER TO SEAL DOCUMENT |

THE COURT has considered Jason Sadler's motion to seal exhibit 3 to defense disposition memorandum and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 3 be filed under seal.

DONE this 1st day of December 2025.

*[signature: John C Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Jason Sadler

ORDER TO SEAL DOCUMENT
(*United States v. Sadler*, No. CR23-113-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100